# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kenneth Eugene Beatty            CHAPTER 13
       Deborah S. Beatty fka Deborah Uhl

                          BKY. NO. 15-10242 TPA

              Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         jwarmbrodt@kmllawgroup.com