Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth Eugene Beatty** | : | Case No. 15−10242−TPA |
| **Deborah S. Beatty** | : | Chapter: 13 |
| **fka Deborah Uhl** | : | |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour, Esq., Ch 13 Trustee | : | |
| *Movant(s),* | : | Related to Document No. 181 |
| | : | |
| v. | : | Hearing Date: 7/22/20 at 12:00 PM |
| No Respondent | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND TELEPHONIC HEARING ON MOTION**

*AND NOW,* this *The 29th of May, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements − Plan Completed* having been filed at Doc. No. 181 by Ronda J. Winnecour, Esq., Ch 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)   **On or before July 10, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3)   This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on ***July 22, 2020*** at ***12:00 PM*** in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

Dated: May 29, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All parties

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-10242-TPA
Kenneth Eugene Beatty                                                 Chapter 13
Deborah S. Beatty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 3          Date Rcvd: May 29, 2020
                              Form ID: 600a           Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db/jdb         +Kenneth Eugene Beatty,    Deborah S. Beatty,    271 Sunville Road,    Franklin, PA 16323-7343
cr             +Bayview Loan Servicing, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, Pa 18976-3403
cr             +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK  73134-2500
cr             +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr             +U.S. Bank Trust National Association, not in its i,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14019634       +Associated Credit Services Inc,    PO Box 5171,    Westborough, MA 01581-5171
14005543       +Associates Insurance Center,    4050 Regent Boulevard,    Irving, TX 75063-2246
14089544        Bayview Loan Servicing, LLC,    M&T Bank,    P.O Bank 840,    Buffalo, NU 14240-0840
14005546       +Berkheimer Tax Administrator,    PO Box 955,    50 North 7th Street,    Bangor, PA 18013-1731
14005554       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Financial,    300 Oxford Drive Suite 310,
                 Monroeville, PA 15146)
14942640       +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14005555       +Citifinancial Retail Services,    4323 Market St.,    Youngstown OH 44512-1509
14005557       +Community Ambulance Service,    1010 Buffalo Street,    Franklin, PA 16323-1208
14005562       +EMPI, Inc.,    301 E. ORANGETHORPE AVENUE,    Anaheim, CA 92801-1032
14005564       +First National Bank of PA,    Attn: Christine A Lombardo,    4140 East State Street,
                 Hermitage, PA 16148-3401
14036588        First National Bank of Pennsylvania,    Christine A. Lombardo, Bankruptcy/Forecl,
                 Loan Adjustment Department,    4140 East State Street,    Hermitage, PA  16148-3487
14019635       +Franklin Animal Clinic,    1623 Pittsburgh Road,    Franklin, PA 16323-2013
14005566       +Franklin Physical Therapy,    631 12th Street,    Franklin, PA 16323-1440
14005568       +Heilig-Meyers Co.,    12501 Patterson Avenue,    Richmond, VA 23238-6414
14005569       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14005570       +Hsbc/Retail Services,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
14005571       +John Deere Credit,    8402 Excelsior Drive,    Madison, WI 53717-1909
14871756       +LSF9 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14005572       +Lehrian & Palo Oral Surgery,    100 State Street,    Suite B102,    Erie, PA 16507-1462
14005574        Mason Easy Pay,    Credit Manager,    Chippewa Falls, WI 54729
14005577       +National City Card,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14005578        Nco Financial / 55,    Po Box 13570,    Philadelphia, PA 19101
14005581       +Northwest Pathology,    100 Fairfield Drive,    Seneca, PA 16346-2130
14005583       +Orthopaedic & Sports Medicine of Erie PC,    100 Peach Street,    Suite 400,
                 Erie, PA 16507-1423
14005587       +Pinnacle Financial Group,    Department 673,    P.O. Box 4115,    Concord, CA 94524-4115
14005592       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap On Credit LLC,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
14005590       +Santander Consumer USA,    8585 North Stemmons Freeway,    Dallas, TX 75247-3836
14013855        Santander Consumer USA Inc.,    P O Box 560284,    Dallas Tx 75356-0284
14005591       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
14005593       +TMS Physical Therapy,    201B Erie Street,    Grove City, PA 16127-1659
15008655       +U.S. Bank Trust National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14005595       +Unicredit America, Inc.,    1571 West 38th Street,    Erie, PA 16508-2348
14005598       +Vantage Home Respiratory Services,    1305 South Main Street,    Meadville, PA 16335-3036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2020 04:05:25
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services, LP,
                 f/k/a AIS Data Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr              E-mail/Text: peritus@ebn.phinsolutions.com May 30 2020 03:54:58
                 Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
                 Irving, TX  75014-1419
14051669        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 04:05:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14005545       +E-mail/Text: camanagement@mtb.com May 30 2020 03:53:38      Bayview Loan Servicing,
                 c/o M & T Bank,    PO Box 840,    Buffalo, NY 14240-0840
14005556        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 30 2020 03:53:24      Citizens Bank,
                 Attn: Bankruptcy,    480 Jefferson Boulevard,    Warwick, RI 02886
14005547       +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 03:49:41
                 Cacv Of Colorado, LLC,    Attn: Bankruptcy,    4340 South Monaco Street,    Denver, CO 80237-3581
14005548       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2020 04:05:24
                 Capital One Auto Finance,    c/o Ascension Capital,    PO Box 201347,    Arlington, TX 76006-1347
```

```
District/off: 0315-1              User: lmar                  Page 2 of 3                   Date Rcvd: May 29, 2020
                                  Form ID: 600a               Total Noticed: 80
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14029128       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2020 03:50:34
                 Capital One Auto Finance c/o AIS Portfolio Service,     LP f/k/a AIS Data Services,
                 d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14005549       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 04:05:29      Capital One, N.a.,
                 C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
14005550       +E-mail/Text: matthartweg@cbjcredit.com May 30 2020 03:54:53      Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
14005553       +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:49:31      Chela,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
14005558       +E-mail/Text: bdsupport@creditmanagementcompany.com May 30 2020 03:54:37
                 Credit Management Company,     2121 Noblestown Road,     Pittsburgh, PA 15205-3956
14005559        E-mail/PDF: DellBKNotifications@resurgent.com May 30 2020 03:50:31      Dell Financial Services,
                 Attn: Bankruptcy Dept.,    Po Box 81577,    Austin, TX 78708
14005560        E-mail/Text: G06041@att.com May 30 2020 03:54:36      Direct TV,    PO Box 11732,
                 Newark, NJ 07101-4732
14005561       +E-mail/Text: mrdiscen@discover.com May 30 2020 03:53:25      Discover Financial,
                 Attention: Bankruptcy Department,     Po Box 3025,    New Albany, OH 43054-3025
14005563       +E-mail/Text: bankruptcy@firstenergycorp.com May 30 2020 03:54:17      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14005567       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      G M A C,    Attn: Bankruptcy,
                 Po Box 130424,    Roseville, MN 55113-0004
14005551        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:49:38      Chase,
                 Attn: Bankruptcy Dept,    Po Box 15145,    Wilmington, DE 19850
14005552        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:48:52      Chase Manhattan Bank,
                 Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850
14005565        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:49:38      First USA Bank Na,
                 3 Christina Centre,    201 North Walnut Street,    Wilmington, DE 19801
14347355       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 30 2020 03:54:59
                 LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14005573        E-mail/Text: camanagement@mtb.com May 30 2020 03:53:38      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Drive  2nd Floor,    Williamsville, NY 14221
14019636       +E-mail/Text: rcpsbankruptcynotices@parallon.com May 30 2020 03:54:57      Medicredit Inc,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
14005575       +E-mail/Text: bnc-bluestem@quantum3group.com May 30 2020 03:54:46      Metabank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14005576       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 03:50:37      Midland Funding LLC,
                 by American InfoSource LP as agent,     Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
14005579       +E-mail/Text: egssupportservices@alorica.com May 30 2020 03:54:24
                 NCO Financial Systems, Inc.,    507 Prudential Road,     Horsham, PA 19044-2308
14005580       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:40      Newport News,
                 Po Box 182686,    Columbus, OH 43218-2686
14005582       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Nuvell Credit Company,
                 c/o Ally Servicing LLC,    PO Box 130424,    Saint Paul, MN 55113-0004
14051674        E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Nuvell Credit Company,
                 PO Box 130424,    Roseville, MN 55113-0004
14005585       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2020 03:54:00      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14381449        E-mail/Text: peritus@ebn.phinsolutions.com May 30 2020 03:54:58
                 PERITUS PORTFOLIO SERVICES II, LLC,     PO BOX 141419,    Irving, Tx 75014-1419
14005588        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:28
                 Portfolio Recovery Associates LLC,     PO Box 41067,    Norfolk, VA 23541
14005586       +E-mail/Text: blegal@phfa.org May 30 2020 03:54:14      Pa Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14021773        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2020 03:54:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14106387        E-mail/Text: peritus@ebn.phinsolutions.com May 30 2020 03:54:58
                 Peritus Portfolio Services II,LLC,    Assignee for NCEP, LLC,    P.O. BOX 141419,
                 IRVING, TX 75014-1419
14005589       +E-mail/Text: bankruptcynotices@pch.com May 30 2020 03:53:38      Publishers Clearing House,
                 382 Channel Drive,    Port Washington NY 11050-2219
14005594       +E-mail/Text: bankruptcydepartment@tsico.com May 30 2020 03:54:49      Transworld Systems, Inc.,
                 9525 Sweet Valley Drive,    Cleveland, OH 44125-4237
14005597       +E-mail/Text: BankruptcyNotice@upmc.edu May 30 2020 03:54:48      UPMC - Northwest,
                 100 Fairfield Drive,    Seneca, PA 16346-2130
14019637       +E-mail/Text: BankruptcyNotice@upmc.edu May 30 2020 03:54:48      UPMC Northwest,
                 2 Hot Metal Street,    Quantum One Building,     3rd Floor,    Pittsburgh, PA 15203-2348
14005596       +E-mail/Text: EBankruptcy@UCFS.NET May 30 2020 03:55:01      United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
14005599       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2020 03:53:15
                 Verizon,    Bankruptcy Dept,    500 Technology Drive,     Suite 550,
                 Saint Charles, MO 63304-2225
                                                                                              TOTAL: 41
```

```
District/off: 0315-1          User: lmar              Page 3 of 3            Date Rcvd: May 29, 2020
                              Form ID: 600a           Total Noticed: 80
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              U.S. Bank Trust National Association Et al.
cr              U.S. Bank Trust National Association, not in its i
cr*            +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
14089545*       Bayview Loan Servicing, LLC,    c/o M&T Bank,    P.O Box 840,    Buffalo, NY 14240-0840
14005541       ##+Aaron Sales & Lease,    1015 Cobb Place Boulevard North West,    Kennesaw, GA 30144-3672
14005542       ##Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14005544       ##+Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14005584       ##+Pa Collection Service,    63 Valley View Drive,    Washington, PA 15301-2409
14029532       ##+Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                TOTALS: 3, * 3, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              Daniel P. Foster    on behalf of Joint Debtor Deborah S. Beatty dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Debtor Kenneth Eugene Beatty dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
               bkgroup@kmllawgroup.com
              Jennifer B. Hirneisen    on behalf of Creditor    First National Bank of Pennsylvania
               jhirneisen@mijb.com, sburick@mijb.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              William E. Miller    on behalf of Creditor    Bayview Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                               TOTAL: 12