**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/16/20 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   KENNETH EUGENE BEATTY
   DEBORAH S. BEATTY
      Debtor(s)

Ronda J. Winnecour
     Movant
   vs.
No Repondents.

Case No.:15-10242 TPA

Chapter 13

Document No.:  181

**ORDER OF COURT**

AND NOW, this ____16th____ day of ____July____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  ljm

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 15-10242-TPA
Kenneth Eugene Beatty                                             Chapter 13
Deborah S. Beatty
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1           User: dkam                  Page 1 of 3                  Date Rcvd: Jul 16, 2020
                               Form ID: pdf900             Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db/jdb         +Kenneth Eugene Beatty,    Deborah S. Beatty,    271 Sunville Road,    Franklin, PA 16323-7343
cr             +Bayview Loan Servicing, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, Pa 18976-3403
cr             +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr             +U.S. Bank Trust National Association, not in its i,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14019634       +Associated Credit Services Inc,    PO Box 5171,    Westborough, MA 01581-5171
14005543       +Associates Insurance Center,    4050 Regent Boulevard,    Irving, TX 75063-2246
14089544        Bayview Loan Servicing, LLC,    M&T Bank,    P.O Bank 840,    Buffalo, NU 14240-0840
14005546       +Berkheimer Tax Administrator,    PO Box 955,    50 North 7th Street,    Bangor, PA 18013-1731
14005554      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,     300 Oxford Drive Suite 310,
                 Monroeville, PA 15146)
14942640       +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14005555       +Citifinancial Retail Services,    4323 Market St.,    Youngstown OH 44512-1509
14005557       +Community Ambulance Service,    1010 Buffalo Street,    Franklin, PA 16323-1208
14005562       +EMPI, Inc.,    301 E. ORANGETHORPE AVENUE,    Anaheim, CA 92801-1032
14005564       +First National Bank of PA,    Attn: Christine A Lombardo,    4140 East State Street,
                 Hermitage, PA 16148-3401
14036588        First National Bank of Pennsylvania,    Christine A. Lombardo, Bankruptcy/Forecl,
                 Loan Adjustment Department,    4140 East State Street,    Hermitage, PA  16148-3487
14019635       +Franklin Animal Clinic,    1623 Pittsburgh Road,    Franklin, PA 16323-2013
14005566       +Franklin Physical Therapy,    631 12th Street,    Franklin, PA 16323-1440
14005568       +Heilig-Meyers Co.,    12501 Patterson Avenue,    Richmond, VA 23238-6414
14005569       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14005570       +Hsbc/Retail Services,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
14005571       +John Deere Credit,    8402 Excelsior Drive,    Madison, WI 53717-1909
14871756       +LSF9 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14005572       +Lehrian & Palo Oral Surgery,    100 State Street,    Suite B102,    Erie, PA 16507-1462
14005574        Mason Easy Pay,    Credit Manager,    Chippewa Falls, WI 54729
14005577       +National City Card,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14005578        Nco Financial / 55,    Po Box 13570,    Philadelphia, PA 19101
14005581       +Northwest Pathology,    100 Fairfield Drive,    Seneca, PA 16346-2130
14005583       +Orthopaedic & Sports Medicine of Erie PC,    100 Peach Street,    Suite 400,
                 Erie, PA 16507-1423
14029532       +Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-5688
14005587       +Pinnacle Financial Group,    Department 673,    P.O. Box 4115,    Concord, CA 94524-4115
14005592      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap On Credit LLC,     950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
14005590       +Santander Consumer USA,    8585 North Stemmons Freeway,    Dallas, TX 75247-3836
14013855        Santander Consumer USA Inc.,    P O Box 560284,    Dallas Tx 75356-0284
14005591       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
14005593       +TMS Physical Therapy,    201B Erie Street,    Grove City, PA 16127-1659
15008655       +U.S. Bank Trust National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14005595       +Unicredit America, Inc.,    1571 West 38th Street,    Erie, PA 16508-2348
14005598       +Vantage Home Respiratory Services,    1305 South Main Street,    Meadville, PA 16335-3036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2020 04:26:21
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services, LP,
                 f/k/a AIS Data Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr              E-mail/Text: peritus@ebn.phinsolutions.com Jul 17 2020 04:21:08
                 Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
                 Irving, TX  75014-1419
14051669        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:26:25
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14005545       +E-mail/Text: camanagement@mtb.com Jul 17 2020 04:20:19      Bayview Loan Servicing,
                 c/o M & T Bank,    PO Box 840,    Buffalo, NY 14240-0840
14005556        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 17 2020 04:20:12      Citizens Bank,
                 Attn: Bankruptcy,    480 Jefferson Boulevard,    Warwick, RI 02886
14005547       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:26:20
                 Cacv Of Colorado, LLC,    Attn: Bankruptcy,    4340 South Monaco Street,    Denver, CO 80237-3485
14005548       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2020 04:26:41
                 Capital One Auto Finance,    c/o Ascension Capital,    PO Box 201347,    Arlington, TX 76006-1347
```

```
District/off: 0315-1              User: dkam                 Page 2 of 3                  Date Rcvd: Jul 16, 2020
                                  Form ID: pdf900            Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14029128         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2020 04:26:40
                   Capital One Auto Finance c/o AIS Portfolio Service,    LP f/k/a AIS Data Services,
                   d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
14005549         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:26:45      Capital One, N.a.,
                   C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
14005550         +E-mail/Text: matthartweg@cbjcredit.com Jul 17 2020 04:21:04      Cbj Credit Recovery,
                   117 West 4th Street,    Jamestown, NY 14701-5005
14005553         +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:27:06      Chela,    Attn: Bankruptcy,
                   Po Box 9500,    Wilkes-Barre, PA 18773-9500
14005558         +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 17 2020 04:20:56
                   Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14005559          E-mail/PDF: DellBKNotifications@resurgent.com Jul 17 2020 04:26:39      Dell Financial Services,
                   Attn: Bankruptcy Dept.,    Po Box 81577,    Austin, TX 78708
14005560          E-mail/Text: G06041@att.com Jul 17 2020 04:20:56      Direct TV,    PO Box 11732,
                   Newark, NJ 07101-4732
14005561         +E-mail/Text: mrdiscen@discover.com Jul 17 2020 04:20:13      Discover Financial,
                   Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14005563         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 17 2020 04:20:45      First Energy,
                   Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14005567         +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11     G M A C,    Attn: Bankruptcy,
                   Po Box 130424,    Roseville, MN 55113-0004
14005551          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:26:17      Chase,
                   Attn: Bankruptcy Dept,    Po Box 15145,    Wilmington, DE 19850
14005552          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:26:17      Chase Manhattan Bank,
                   Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850
14005565          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:26:18      First USA Bank Na,
                   3 Christina Centre,    201 North Walnut Street,    Wilmington, DE 19801
14347355         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 17 2020 04:21:09
                   LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                   Oklahoma City, OK 73134-2500
14005573          E-mail/Text: camanagement@mtb.com Jul 17 2020 04:20:19      M & T Bank,    Attn: Bankruptcy,
                   1100 Wehrle Drive 2nd Floor,    Williamsville, NY 14221
14019636         +E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 17 2020 04:21:07      Medicredit Inc,
                   PO Box 1629,    Maryland Heights, MO 63043-0629
14005575         +E-mail/Text: bnc-bluestem@quantum3group.com Jul 17 2020 04:20:57      Metabank/Fingerhut,
                   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14005576         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:27:12      Midland Funding LLC,
                   by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                   Houston, TX 77210-4457
14005579         +E-mail/Text: egssupportservices@alorica.com Jul 17 2020 04:20:50
                   NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
14005580         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:20      Newport News,
                   Po Box 182686,    Columbus, OH 43218-2686
14005582         +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11      Nuvell Credit Company,
                   c/o Ally Servicing LLC,    PO Box 130424,    Saint Paul, MN 55113-0004
14051674          E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11      Nuvell Credit Company,
                   PO Box 130424,    Roseville, MN 55113-0004
14005585         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:20:28      PA Department of Revenue,
                   Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14381449          E-mail/Text: peritus@ebn.phinsolutions.com Jul 17 2020 04:21:08
                   PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14005588          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:26:52
                   Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541
14005586         +E-mail/Text: blegal@phfa.org Jul 17 2020 04:20:44      Pa Housing Finance Agency,
                   211 North Front Street,    Harrisburg, PA 17101-1406
14021773          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:20:28
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
14106387          E-mail/Text: peritus@ebn.phinsolutions.com Jul 17 2020 04:21:08
                   Peritus Portfolio Services II,LLC,    Assignee for NCEP, LLC,    P.O. BOX 141419,
                   IRVING, TX 75014-1419
14005589         +E-mail/Text: bankruptcynotices@pch.com Jul 17 2020 04:20:19      Publishers Clearing House,
                   382 Channel Drive,    Port Washington NY 11050-2219
14005594         +E-mail/Text: bankruptcydepartment@tsico.com Jul 17 2020 04:21:00      Transworld Systems, Inc.,
                   9525 Sweet Valley Drive,    Cleveland, OH 44125-4237
14005597         +E-mail/Text: BankruptcyNotice@upmc.edu Jul 17 2020 04:21:00      UPMC - Northwest,
                   100 Fairfield Drive,    Seneca, PA 16346-2130
14019637         +E-mail/Text: BankruptcyNotice@upmc.edu Jul 17 2020 04:21:00      UPMC Northwest,
                   2 Hot Metal Street,    Quantum One Building,    3rd Floor,    Pittsburgh, PA 15203-2348
14005596         +E-mail/Text: EBankruptcy@UCFS.NET Jul 17 2020 04:21:10      United Consumer Financial Services,
                   865 Bassett Road,    Westlake, OH 44145-1194
14005599         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2020 04:20:07
                   Verizon,    Bankruptcy Dept,    500 Technology Drive,    Suite 550,
                   Saint Charles, MO 63304-2225
                                                                                               TOTAL: 41
```

```
District/off: 0315-1            User: dkam             Page 3 of 3              Date Rcvd: Jul 16, 2020
                                Form ID: pdf900        Total Noticed: 81

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              U.S. Bank Trust National Association Et al.
cr              U.S. Bank Trust National Association, not in its i
cr*            +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
14089545*       Bayview Loan Servicing, LLC,    c/o M&T Bank,    P.O Box 840,    Buffalo, NY 14240-0840
14005541       ##+Aaron Sales & Lease,    1015 Cobb Place Boulevard North West,    Kennesaw, GA 30144-3672
14005542       ##Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14005544       ##+Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14005584       ##+Pa Collection Service,    63 Valley View Drive,    Washington, PA 15301-2409
                                                                                    TOTALS: 3, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              Daniel P. Foster    on behalf of Joint Debtor Deborah S. Beatty dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Debtor Kenneth Eugene Beatty dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C
               bkgroup@kmllawgroup.com
              Jennifer B. Hirneisen    on behalf of Creditor    First National Bank of Pennsylvania
               jhirneisen@mijb.com, sburick@mijb.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              William E. Miller    on behalf of Creditor    Bayview Loan Servicing, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                            TOTAL: 12
```